**William Lebron Andrew CHURCH, Plaintiff-Appellant,**

v.

**DIRECTOR, VIRGINIA DEPART-MENT OF CORRECTIONS, Jointly and Severally; William Muse, Chairman, Jointly and Severally; Karen D. Brown, Chairman, Virginia Parole Board, Jointly and Severally; Terry Glenn, Virginia Department of Corrections, Interstate Compact Coordinator, Jointly and Severally; Ombudsman, Virginia Dept. Corrections, Jointly and Severally; Lt. Ronald C. Maxey, Virginia State Police, Criminal Justice Information, Jointly and Severally, Defendants-Appellees.**

No. 17-7188

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

William Lebron Andrew Church, Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lebron Andrew Church appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Church v. Dir., Va. Dep't of Corr.*, No. 3:16-cv-00845-HEH-RCY (E.D. Va. Aug. 16, 2017). We also deny Church's motion for a declaration regarding the constitutionality of the procedures of the Virginia Parole Board. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*